1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG  (CABN 193730)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3680
7       Fax: (510) 637-3724)
        E-Mail: andrew.huang@usoj.gov
8
9  Attorneys for the United States of America

10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13

14 | UNITED STATES OF AMERICA,           )   No. CR 09-00086 SBA
                                         )
15 |         Plaintiff,                  )
                                         )   STIPULATION REQUESTING
16 |    v.                               )   CONTINUATION OF STATUS HEARING
                                         )   AND EXCLUSION OF TIME UNDER 18
17 | RAUL BARBOSA AGUIRRE,               )   U.S.C. § 3161 AND  ORDER
     a/k/a Raul Aguirre and Raul Barbosa,)
18 |                                     )
             Defendant.                  )
19 |_____ )

20

21       The above-captioned matter is set for an April 7, 2009 status hearing before this Court at

22  9:00 a.m.  The parties request that this Court continue the hearing to May 12, 2009 at 9:00 a.m.

23  and that the Court exclude time under the Speedy Trial Act between the date of its order and

24  May 12, 2009.

25       The parties in this case are likely to resolve this matter by plea agreement.  However,

26  defense counsel needs additional time to review the discovery produced, including defendant's

Stip. to Continue Hearing and Exclude Time
No. CR 09-00086 SBA                              1

1  immigration file, and to conduct additional research with respect to complex issues of
2  immigration law.  Specifically, the government has alleged that defendant was removed or
3  deported four times and denied admission on one other occasion.  Additional time is required to
4  fully investigate and advise defendant as to his immigration status and immigration law
5  implications relative to this case.
6     Furthermore, government counsel in this case has a trial set before the Court on May 4,
7  2009, with filing deadlines of April 7, 14, and 21, 2009 and a pretrial conference set for April 28,
8  2009.
9     The parties agree the ends of justice served by granting the continuance outweigh the best
10 interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and
11 request exclusion of time between the date of the Court's order and May 12, 2009 under the
12 Speedy Trial Act because, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), failure to grant
13 the requested continuance of the status hearing to May 12, 2009 would unreasonably deny the
14 parties continuity of counsel and the reasonable time necessary for effective preparation, taking
15 into account the exercise of due diligence
16 DATED: April 2, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

          /s/
ANDREW S. HUANG
Assistant United States Attorney


          /s/
COLLEEN MARTIN, Esq.
Attorney for Defendant Raul Barbosa Aguirre

Stip. to Continue Hearing and Exclude Time
No. CR 09-00086 SBA                     2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the status hearing presently set for April 7, 2009 at 9:00 a.m. be CONTINUED to May 12, 2009 at 9:00 a.m.

Furthermore, the Court FINDS that the ends of justice served by the continuance of the status hearing outweighs the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the parties continuity of counsel and deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Based on these findings, IT IS HEREBY ORDERED that time is excluded from the date of this order to May 12, 2009 under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: April 6, 2009

_____
Hon. SAUNDRA BROWN ARMSTRONG
United States District Court
Northern District of California