BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RAUL BARBOSA-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-86 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **ADVANCE CHANGE OF PLEA AND** |
| vs. ) | **SENTENCING DATE TO JUNE 30, 2009** |
| ) | |
| RAUL BARBOSA-AGUIRRE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby stipulated, by and between the parties, that the date for change of plea and sentencing set for September 22, 2009 at 10:00 a.m. be vacated and that the matter be advanced and set for change of plea and sentencing on June 30, 2009, at 10:00 a.m.

The parties request this advancement of the date for change of plea and sentencing because the parties have agreed to a "criminal history only" presentence report. The United States Probation Office is able to prepare such a report in a shorter time than is necessary for a full presentence report. United States Probation Officer Amy Rizor has indicated to counsel for defendant that such a report could be prepared in time for a change of plea and sentencing on June 30, 2009.

On May 12, 2009, the parties submitted a proposed plea agreement to the Court. On the

1  same date, the Court excluded time from May 12, 2009 through September 22, 2009, in

2  accordance with the provision of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) and (B)(iv).

3  The parties agree that 18 U.S.C. §§ 3161(h)(1)(G) and (B)(iv) operate to toll the time between

4  the date of this stipulation and June 30, 2009.

6  DATED: June 11, 2009

ANDREW HUANG
7  Assistant United States Attorney

8  DATED:  June 11, 2009                                            /S/
COLLEEN MARTIN
9  Counsel for Raul Barbosa-Aguirre

11  **ORDER**

12  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the date for change of

13  plea and sentencing set for September 22, 2009 at 10:00 a.m. be vacated and that the matter be

14  set for change of plea and sentencing on **July 13, 2009, at 1:00 p.m.**

15  IT IS FURTHER ORDERED that the time from today's date through June 30, 2009,

16  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

17  3161(h)(1)(G) and (B)(iv) for consideration by the Court of a proposed plea agreement.  The

18  Court finds that the ends of justice served by the tolling of the speedy trial time outweigh the

19  best interests of the public and the defendant in a speedy and public trial.

20  SO ORDERED.

22  DATE:6/16/09

SAUNDRA BROWN ARMSTRONG
23  United States District Judge

*U.S. v. Raul Barbosa-Aguirre ,* CR 09-86 SBA
STIPULATION AND [PROPOSED] ORDER          2