BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RAUL BARBOSA-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09-86 SBA |
| | ) | **RELEASE ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RAUL BARBOSA-AGUIRRE, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States Marshal Service shall forthwith RELEASE defendant Raul Barbosa-Aguirre from its custody. Mr. Barbosa-Aguirre remains subject to any pending detainers.

SO ORDERED.

DATE:7/13/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

*U.S. v. Raul Barbosa-Aguirre*, CR 09-86 SBA
[PROPOSED] ORDER                                1